IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

RANDY KAISER, )
)
    Plaintiff, )
)
vs. )
)
GC SERVICES, LP, )
)
    Defendant. )

FILED
NOV 12 2008
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

2 08CV 334

## COMPLAINT

### INTRODUCTION

1. Plaintiff Randy Kaiser brings this action to secure redress from unlawful credit and collection practices engaged in by defendant GC Services, LP. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

2. The FDCPA broadly prohibits unfair or unconscionable collection methods; conduct which harasses, oppresses or abuses any debtor; and any false, deceptive or misleading statements, in connection with the collection of a debt; it also requires debt collectors to give debtors certain information. 15 U.S.C. §§1692d, 1692e, 1692f and 1692g.

### JURISDICTION AND VENUE

3. This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28 U.S.C. §1331 and 28 U.S.C. §1337.

4. Venue and personal jurisdiction in this District are proper because:

    a. Defendant's collection communications were received by plaintiff within this District;

    b. Defendant does or transacts business within this District.

### PARTIES

5. Plaintiff is an individual who resides in this District.

6. Defendant is a limited liability company with offices at 6330 Gulfton,

1

Houston, TX 77081.

7. Defendant operates a collection agency and uses the mails and telephones in conducting its business.

8. Defendant is a debt collector as defined in the FDCPA.

## FACTS

9. On August 15, 2008 at approximately 1:15 p.m. defendant's representative, using the name "Swain," called plaintiff at his place of employment. Plaintiff then and there informed the caller not to call him at work.

10. About 15 minutes later, defendant's representative called back and left a message with the receptionist at plaintiff's place of employment that plaintiff was to call back concerning garnishment. A copy of the message is attached as Exhibit A.

## VIOLATION ALLEGED

11. Defendant violated 15 U.S.C. §1692c, which provides:

> **§ 1692c.   Communication in connection with debt collection [Section 805 of P.L.]**
>
> **(a) Communication with the consumer generally--Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection of any debt–**
> . . .
>
> **(3)   at the consumer's place of employment if the debt collector knows or has reason to know that the consumer's employer prohibits the consumer from receiving such communication.**
>
> **(b) Communication with third parties--Except as provided in section 1692b of this title, without the prior consent of the consumer given directly to the debt collector, or the express permission of a court of competent jurisdiction, or as reasonably necessary to effectuate a postjudgment judicial remedy, a debt collector may not communicate, in connection with the collection of any debt, with any person other than the consumer, his attorney, a consumer reporting agency if otherwise permitted by law, the creditor, the attorney of the creditor, or the attorney of the debt collector. . . .**

WHEREFORE, the Court should enter judgment in favor of plaintiff and against defendant for:

2

      a.      Statutory damages;

      b.      Attorney's fees, litigation expenses and costs of suit;

      c.      Such other or further relief as the Court deems appropriate.

_____
Daniel A. Edelman

Daniel A. Edelman  
Cathleen M. Combs  
James O. Latturner  
EDELMAN, COMBS, LATTURNER  
    & GOODWIN, LLC  
120 S. LaSalle Street, 18th Floor  
Chicago, Illinois 60603  
(312) 739-4200  
(312) 419-0379 (FAX)

3

## VERIFICATION

I, Randy Kaiser, declare under penalty of perjury, as provided by 28 U.S.C. 1746, that the statements in the foregoing complaint are true.

*Randy Kaiser*
Randy Kaiser

4

**EXHIBIT A**

REDACTED

**PHONE CALL**

RK                    DATE 8·15   TIME 1:30 A.M.

Mr. Swain

☑ PHONED

866. ███████████   RETURNED YOUR CALL

garnishment, but insistent   ☑ PLEASE CALL

on speaking w/you.   WILL CALL AGAIN

CAME TO SEE YOU

MWL   WANTS TO SEE YOU

SIGNED