**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| RANDY KAISER, )<br>)<br>       Plaintiff, )<br>)<br>  vs. )<br>)<br>GC SERVICES, LP, )<br>)<br>       Defendant. ) | No. 2:08-CV-00334-JTM-APR |

**NOTICE OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(i), plaintiff hereby gives notice that the above-entitled case should be dismissed with prejudice and without costs; and respectfully requests that the Court enter an order to that effect.

Respectfully submitted,

s/Michelle R. Teggelaar

Michelle R. Teggelaar
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)
mteggelaar@edcombs.com

## **CERTIFICATE OF SERVICE**

        I hereby certify that on December 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

    GC Services LP
    6330 Gulfton
    Houston, TX 77081

                                                s/Michelle R. Teggelaar

Michelle R. Teggelaar
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)
mteggelaar@edcombs.com